# UNITED STATES DISTRICT COURT
## District of Minnesota

Megan McAteer, Individually and

On behalf of all others similarly situated,

                         Plaintiff,

v.

Target Corporation

                         Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:  18-cv-349 (DWF/LIB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Target's Motion to Dismiss (Doc. No. [20]) is GRANTED and Count through IV and Counts VIII through XIV discussed herein are DISMISSED WITHOUT PREJUDICE; and

2. Target's Motion to Dismiss (Doc. No. [20]) is GRANTED and Count V through Count VII discussed herein are DISMISSED WITH PREJUDICE.

Date: 7/29/2018

                                                 KATE M. FOGARTY, CLERK

                                                 *s/K. Krulas*

    (By)                                      K. Krulas  , Deputy Clerk